U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 MAY 30 PM 12: 12

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GILMAN HOUSING TRUST INC., ) | Case No. 2:17 –cv-188 |
| ET AL ) | |
| ) | |
| Defendants. ) | |

## STIPULATED AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties, by and through their counsel, pursuant to F.R.C.P. 41, stipulate that this action has been settled and shall be dismissed with prejudice.

__/s/_____
Maryellen Griffin
Staff Attorney, Vermont Legal Aid, Inc.
mgriffin@vtlegalaid.org
sberube@vtlegalaid.org
802 424 4711
Attorney for Plaintiff

__/s/_____
Kelly Lowry
Dunkiel Saunders
klowry@dunkielsaunders.com
802-495-5424
Attorney for all Defendants

SO ORDERED:

Dated: ___May 30_____, 2018

_____
Hon. Christina C. Reiss
United States District Court Judge, District of Vermont